IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES MIKKELSON, | § | |
| TDCJ-CID NO.633578, | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. H-06-2509 |
| | § | |
| DR. ADAMS, *et al.*, | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas this 5th day of December, 2006.

                                                  MELINDA HARMON
                                     UNITED STATES DISTRICT JUDGE